# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2024

## NO. 03-24-00167-CV

**Luz Marie Connally, Appellant**

**v.**

**Kenneth Mannas, Independent Executor of the Estate of Robert Walter Mannas, Appellee**

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on November 21, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.